```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                    -v-                                      :
                                                             :
                                                             :
    NERIK ILYAYEV,                                           :
                                                             :
                                    Defendant.               :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/2/2023__

1:23-mj-2895-GHW-1

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter with respect to defendant Nerik Ilyayev on October 3, 2023 at 1:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: October 2, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge